**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 3 0 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
B.A. by his mother and legal guardian D.M.,,

                            Plaintiffs,

                -against-

THE CITY OF NEW YORK, POLICE OFFICER
EDWIN CARDONA (shield # 0225), POLICE
OFFICER JOSEPH SAVIANO, Defendants.
---------------------------------------------------------------x

**INFANT COMPROMISE ORDER**

CV-10-4542 (JMA)

The infant plaintiff, B.A., by his mother and legal guardian, Dawn Marcadollo, moves to compromise her claims and settle this action for $15,000. Upon review of the declaration of plaintiff's counsel, Robert Marinelli, and the declaration of Dawn Marcadollo, it is hereby,

ORDERED, that Dawn Marcadollo, the mother and legal guardian of B.A., is authorized and empowered to settle her child's claims against defendants herein for $22,500, and it is further,

ORDERED, that defendants pay the Law Office of Robert Marinelli, $7,383 (33.3% of the net recovery) as compensation for their services, and it is further,

ORDERED, that defendants pay the Law Office of Robert Marinelli the sum of $350 (court filing fee) as reimbursement for their expenses paid in this matter, and it is further

ORDERED, that the balance of said settlement, $14,767, be paid to Dawn Marcadollo jointly with an officer of the Washington Mutual Bank to be desposited in that bank in the highest interest bearing account to the credit of B.A., and it is further

ORDERED, that the money be held in that account subject to further court order or until such time as B.A. reaches the age of 18.

SO ORDERED

Dated:   Brooklyn, New York
         March ___, 2011

                                                          _____
                                                          U.S.M.J.