# ROBERT MARINELLI
ATTORNEYS AT LAW
305 BROADWAY, SUITE 1400
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

June 3, 2011

BY ECF

The Honorable Joan M. Azrack
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   B.A v. City of New York, 10 CV 4542 (JMA)

Your Honor:

I represent the plaintiff in this civil rights matter.

On March 30, 2011 Your Honor endorsed a motion for infant compromise in which plaintiff's proceeds were to be held in trust at Washington Mutual bank until plaintiff reached the age of eighteen.

The parties subsequently learned that Washington Mutual Bank no longer exists. Further, on June 2, 2011 plaintiff turned eighteen.

In light of these facts, I request that Your Honor 1). restore this case to the Court's calendar; 2) allow plaintiff's attorney to file an amended complaint (in plaintiff's name); and 3). allow the parties to execute a new settlement stipulation. Plaintiff would sign this stipulation on his own behalf. Defense counsel consents to this request.

Respectfully,

Robert Marinelli

Copy: Ellen Buckwalter, Esq. by email