UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

B.A. by his mother and legal guardian Dawn Marcazzollo,

                                       Plaintiff,

            -against-

THE CITY OF NEW YORK, POLICE OFFICER EDWIN
CARDONA (shield # 0225), POLICE OFFICER JOSEPH
SAVIANO (shield no. 13174)

                                       Defendants.

**STIPULATION & ORDER**

10-CV-4542 (JG)(JMA)

------------------------------------------------------------------------ X

       IT IS STIPULATED AND ORDERED as follows:

       (1)    This action was filed on October 5, 2010 on behalf of B.A., a minor, by plaintiff's mother Dawn Marcazzollo.

       (2)    On June 2, 2011 Plaintiff B.A., turned eighteen-years-old.

       (3)    On or about February 15, 2011, the parties reached an agreement to settle this for the amount of $22,500, inclusive of attorney's fees.

       (4)    To date, this claim has not been paid by the City of New York.

       (5)    Having reached the age of majority, Plaintiff, Benjamin Alicea, now wishes to settle his claim on his own behalf.

       (6)    The parties agree that the caption of this case shall now be: BENJAMIN ALICEA, Plaintiff v. THE CITY OF NEW YORK, POLICE OFFICER EDWIN CARDONA (shield # 0225), POLICE OFFICER JOSEPH SAVIANO (shield no. 13174), Defendants.

(7) Plaintiff will execute settlement documents reflecting the changes set forth in this stipulation.

Dated:   New York, New York
         June 27, 2011

ROBERT MARINELLI, ESQ.
*Attorney for Plaintiff*
Law Office of Robert Marinelli
305 Broadway – 14th Floor
New York, New York 10007
(212) 822-1427

By: _____
    Robert Marinelli, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the
   City of New York
*Attorney for Defendant City of New York*
100 Church Street
New York, New York 10007
(212) 788-1816

By: _____
    Ellen L. Buckwalter
    Assistant Corporation Counsel

SO ORDERED:

Dated: Brooklyn, New York
       _____, 2011

_____
HON. JOAN M. AZRACK
UNITED STATES MAGISTRATE JUDGE